IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:99CR30073 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| WAKEEL ABDUL-SABUR, | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| Defendant. | ) | |

    Wakeel Abdul-Sabur, a federal inmate proceeding *pro se*, filed this motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255. Upon review of the motion and court records, I conclude that the § 2255 motion must be dismissed as successive.

    This court may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. See § 2255(h). Court records indicate that Abdul-Sabur previously filed a § 2255 motion concerning this same conviction and sentence. *See Abdul-Sabur v. United States*, Case No. 7:05CV00189 (W.D. Va. Apr. 7, 2005) (dismissing § 2255 motion as untimely). As Abdul-Sabur offers no indication that he has obtained certification from the court of appeals to file a second or successive § 2255 motion, I must dismiss his current action without prejudice.

    The Clerk is directed to send copies of this memorandum opinion and the accompanying order to Abdul-Sabur.

    **ENTER**: This __14th__ day of May, 2015.

                                                                                  NORMAN K. MOON
                                                                                 UNITED STATES DISTRICT JUDGE